

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

May 18, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/29/2015 3:12:16 PM
CHRISTOPHER A. PRINE
Clerk

TONYA ROLLAND MCLAUGHLIN
ATTORNEY OF RECORD
4301 YOAKUM BLVD.
HOUSTON TEXAS 77006

Defendant's Name: ROOSEVELT HART

Cause No: 1425126

Court: 185TH

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 05/07/2015
**Sentence Imposed Date:** 05/07/2015
**Court of Appeals Assignment: Fourteenth Court of Appeals**
**Appeal Attorney of Record:** TONYA ROLLAND MCLAUGHLIN
Pauper's Oath 05/07/2015

Sincerely,

/s/ N. Salinas
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

CARRIE LOGAN (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651

Cause No. 1425126 22/999 998

## THE STATE OF TEXAS
## Roosevelt Hart V. , A/K/A/ _____

_185th_ District Court / County Criminal Court at Law No. _____

### Harris County, Texas

### NOTICE OF APPEAL

## TO THE HONORABLE JUDGE OF SAID COURT:

On _5-7-15_ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☒ MOVES to withdraw. 991

☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

| _5-7-15_ | |
|---|---|
| **Date** | **Attorney (Signature)** |
| _Roosevelt Hart_ | _T. B. Todd DuPont II_ |
| **Defendant (Printed name)** | **Attorney (Printed name)** |
| | _24004189_ |
| | **State Bar Number** |
| | _2500 East TC Jester Blvd Ste 525 Houston, Tx 77008_ |
| | **Address** |
| | _(7) 682-1800_ |
| | **Telephone Number** |

**FILED**
Chris Daniel
District Clerk

MAY 07 2015

Time:_____
Harris County, Texas

By_____
Deputy

The defendant (check all that apply):

☒ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☒ ASKS the Court to ORDER that a free record be provided to him.

☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

| | |
|---|---|
| _Roosevelt Hart_ (signature) | _Roosevelt Hart_ |
| **Defendant (Signature)** | **Defendant's Printed name** |
| | MAY 07 2015 |

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

By Deputy District Clerk of Harris County, Texas _____

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

# ORDER

On _____MAY 0 7 2015_____ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☑ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☑ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☐ Counsel's motion to withdraw is **GRANTED / DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

☑ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____ (attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal.

    ☑ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

    ☐ SET at $ ____0____

    ☐ TO CONTINUE as presently set.

    ☐ DENIED and is SET at NO BOND. (Felony Only)

DATE SIGNED: _____MAY 0 7 2015_____
               5-7-15

JUDGE PRESIDING,
185 DISTRICT COURT
COUNTY CRIMINAL COURT AT LAW NO.
HARRIS COUNTY, TEXAS

 

Cause No. 1425126

THE STATE OF TEXAS

v.

Roosevelt Hart , Defendant

IN THE 185 DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [✓] is not a plea-bargain case, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [or]
- [ ] the defendant has waived the right of appeal.

_____
Judge

MAY 0 7 2015
_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

**FILED**
Chris Daniel
District Clerk

MAY 07 2015

Time:_____
Harris County, Texas

By_____
Deputy

_____
Defendant's Counsel  T. B. Todd DuPont II

State Bar of Texas ID number: 24004189

Mailing Address: 2500 EAST T.C. JESTER, Suite 525

Telephone number: (7)682-1800

Fax number (if any): (7)682-1895

Houston, TX 770

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

# PAUPER'S OATH ON APPEAL

CAUSE NO.: 1425126
1425127

THE STATE OF TEXAS

VS.

Roosevelt Hart

OFFENSE: Poss w/ Int Del 200-40
18 S Poss Marij 4oz-5# gms
___ DISTRICT COURT

OF

HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES ___Roosevelt Hart___, defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

☑ Appoint appellate counsel to represent him.

☑ Asks the court to order that a free record be provided to him.

___Roosevelt Hart___
DEFENDANT

SUBSCRIBED AND SWORN to before me, this __07__ day of __MAY__ A.D., 20 __15__.

**FILED**
Chris Daniel
District Clerk

MAY 07 2015

Time:_____
Harris County, Texas

By_____
Deputy

DEPUTY DISTRICT CLERK
18 S DISTRICT COURT
HARRIS COUNTY, TEXAS

## ORDER

On __5/07/15__ the court conducted a hearing and found that the defendant is indigent.

☒ The court orders that ___Tonya Rolland___ is appointed to represent defendant/appellant on appeal.

☒ The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: ___CARRIE LOGAN___, by certified mail return receipt requested.

___
JUDGE PRESIDING
18 S DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, ___Tonya Rolland___, Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

___
ATTORNEY (SIGNATURE)

___4301 Yoakum Blvd___
ADDRESS

___713.529.8500___
PHONE

___tonya@rollandlaw.com___
EMAIL ADDRESS

___24054176/02242133___
BAR/SPN NUMBER

___Houston TX 77006___
CITY          STATE          ZIP

___713.456.2203___
FAX NUMBER

MAY 08 2015

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

___
DEPUTY DISTRICT CLERK (SIGNATURE)
**DISTRICT CLERK**

# APPEAL CARD

Due: 7-6-15   14th

**Court** 185   **Cause No.** 1425126

## The State of Texas

Vs

Roosevelt HART

**Date Notice Of Appeal:** 5-7-15   MAY 0 7 2015

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** SUSAN BROWN

**Court Reporter** CARRIE LOGAN

**Court Reporter**_____

**Court Reporter**_____

**Attorney on Trial** THOMAS (TODD) DUPONT

**Attorney on Appeal** TONYA ROLLAND ~~NOT YET DET~~

**Appointed** X   **Hired**_____

**Offense** Poss of MARIJUANA 4oz - 5 lbs

**Jury Trial:** Yes X   No_____

**Punishment Assessed** 28 yrs TDC / $ 10K FINE

**Companion Cases (If Known)** 1425127 / 1436980 1436981 / 1436682

**Amount of Appeal Bond** ∅

**Appellant Confined:** Yes X   No_____

**Date Submitted To Appeal Section** 5-12-15

**Deputy Clerk** K Czepinos 5-08-15